**Order entered September 12, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00177-CR

**ROLI AROLDO LOPEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-81302-2018**

## ORDER

Before the Court is the State's September 11, 2019 second motion to extend the time to file its brief. The State has tendered its brief. We **GRANT** the motion and **ORDER** the State's brief filed as of the date of this order.

/s/     LANA MYERS
        JUSTICE